UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 08-116 (WOB)

BRENTON WOMBLES                                                    PLAINTIFF

VS.                                    ORDER

BOONE COUNTY DETENTION
CENTER, ET AL                                                      DEFENDANTS

      This matter is before the court on the Report and Recommendation of the Magistrate Judge (Doc. #63), recommending that the motion of plaintiff for default judgment (Doc. #27) be denied, and there being no objections filed thereto by plaintiff, the court being advised,

      **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge be, and it is, hereby **adopted** as the findings of fact and conclusions of law of this court; and that the motion of plaintiff for default judgment be, and it is, hereby **denied**.

      This 12th day of May, 2009.



Signed By:
*William O. Bertelsman* WOB
United States District Judge